Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Michael D. DeFrank (*pro hac vice* to be submitted)
Kennedy Buechner (*pro hac vice* to be submitted)
WYRICK ROBBINS LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com
kbuechner@wyrick.com

*Attorneys for Barclays Bank Delaware*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CYNTHIA STANLEY,

Plaintiff,

vs.

BARCLAYS BANK DELAWARE, a Delaware corporation; CLUB WYNDHAM GRAND DESERT, a Nevada business entity; COREY GRAY, JR., an individual employee of Club Wyndam Grand Desert; and BEN MIME, an individual employee of Club Wyndam Grand Desert,

Defendants.

Case No. 2:26-cv-01515-CDS-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

**(First Request)**

Defendant Barclays Bank Delaware ("Barclays"), through counsel undersigned, and Plaintiff Cynthia Stanley ("Plaintiff"), hereby agree, stipulate and respectfully request that this Court extend the deadline for Barclays to answer or otherwise respond to Plaintiff's Complaint from July 29, 2026 to August 19, 2026. This is the first request to extend the deadline to respond to the Complaint.

The parties agree to the extension to permit Barclays an opportunity to fully evaluate the allegations in the Complaint so that it can prepare an appropriate response.

/ / /

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 27th day of July, 2026.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*
Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
kgallagher@mcdonaldcarano.com

Michael D. DeFrank
(*pro hac vice* to be submitted)
Kennedy Buechner
(*pro hac vice* to be submitted)
WYRICK ROBBINS LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com
kbuechner@wyrick.com

*Attorneys for Defendant Barclays Bank Delaware*

By: */s/ Cynthia Stanley*
Cynthia Stanley
4014 Fairway View Circle E
Bartlett, TN 38135
cynstanley@gmail.com

*Plaintiff*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966